## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

CELGENE CORPORATION,
CELGENE INTERNATIONAL SÁRL.,
And BRISTOL MYERS SQUIBB COMPANY

          Plaintiffs,

v.

ACCORD HEALTHCARE INC., et al.

          Defendants.

C.A. No. 21-cv-1795-RGA
(Lead Case)

### <u>CONSENT JUDGMENT AND ORDER OF DISMISSAL</u>

Plaintiffs Celgene Corporation Celgene International Sárl (collectively, "Celgene"), and

Bristol Myers Squibb Company (collectively with Celgene, "Plaintiffs") and Defendant Accord

Healthcare Inc. ("Accord"), the parties in the above-captioned action, hereby stipulate and

consent to entry of judgment and an injunction in this action as follows.  This Consent Judgment

and Order of Dismissal applies only to the actions between Plaintiffs and Accord (C.A. Nos.

1:21-cv-01795-RGA and 1:23-cv-00424-RGA).  It does not apply to the action between

Plaintiffs and MSN Laboratories Private Limited (C.A. No. 1:23-cv-00699-RGA) that has been

consolidated with the Accord actions.  The action between Plaintiffs and MSN shall remain

pending before this Court.

IT IS this 27th day of ___November___, 2023:

ORDERED, ADJUDGED, AND DECREED as follows:

1.      This Court has jurisdiction over the subject matter of the above action and has personal jurisdiction over the parties for purposes of this action only, including as set forth below in Paragraph 6 of this Consent Judgment.

2.      As used in this Consent Judgment, the term "Accord ANDA Product" shall mean 200 mg and 300 mg azacitidine tablets manufactured, imported, sold, offered for sale, marketed, or distributed pursuant to Abbreviated New Drug Application No. 216741 in or for the United States of America, including its territories, possessions, and the Commonwealth of Puerto Rico.

3.      As used in this Consent Judgment, the term "Patents-in-Suit" shall mean U.S. Patent Nos. 8,846,628 and 11,571,436.

4.      Until expiration of the Patents-in-Suit, Accord, including any of its successors and assigns, is enjoined from infringing the Patents-in-Suit, on its own part or through any third party on its behalf, by making, having made, using, selling, offering to sell, importing, or distributing of the Accord ANDA Product in the United States of America, including its territories, possessions, and the Commonwealth of Puerto Rico, unless and to the extent otherwise specifically authorized by Plaintiffs, and is further enjoined from assisting or cooperating with any third parties in connection with any infringement of the Patents-in-Suit by any such third parties in connection with making, having made, using, selling, offering to sell, importing, or distributing of any azacitidine-containing drug product that references New Drug Application 214120 in the United States of America, including its territories, possessions, and the Commonwealth of Puerto Rico, unless and to the extent otherwise specifically authorized by Plaintiffs.

5.      Compliance with this Consent Judgment may be enforced by Plaintiffs and its respective successors in interest or assigns.

6.      This Court retains jurisdiction to enforce the terms of this Consent Judgment and to enforce and resolve any disputes related thereto.

7.      All claims, counterclaims, affirmative defenses, motions and demands in this action that are hereby dismissed with prejudice and without costs, disbursements, or attorneys' fees to any party.

8.      Nothing herein prohibits or is intended to prohibit Accord from maintaining any "Paragraph IV Certification" pursuant to 21 U.S.C. § 355(j)(2)(A)(vii)(IV) or pursuant to 21 C.F.R. § 314.94(a)(12) with respect to the Patents-in-Suit or any other patent.

9.      Nothing herein restricts or is intended to restrict the U.S. Food and Drug Administration from approving Abbreviated New Drug Application No. 216741 or the Accord ANDA Product.

10.      Nothing herein prohibits or is intended to prohibit Accord from engaging in any activity permitted under 35 U.S.C. § 271(e)(1).

Dated: November 21, 2023

Respectfully submitted,

FARNAN LLP

STAMOULIS & WEINBLATT LLC

/s/ Brian E. Farnan
Joseph J. Farnan, Jr. (Bar No. 100245)
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Str., 12th Floor
Wilmington, DE 19801
Tel:  (302) 777-0300
Fax:  (302) 777-0301
farnan@farnanlaw.com
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

/s/ Stamatios Stamoulis
Stamatios Stamoulis (#4606)
800 N. West Street Third Floor
Wilmington, DE 19801
Telephone: (302) 999-1540
Facsimile: (302) 762-1688
stamoulis@swdelaw.com

*Counsel for Defendant Accord Healthcare Inc.*

*Counsel for Plaintiffs Celgene Corporation
Celgene International Sàrl, and Bristol-
Myers Squibb Company*

SO ORDERED this 27 day of November, 2023.

/s/ Richard G. Andrews
_____
United States District Judge

4